IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Guney Zeriner,<br><br>        Petitioner,<br><br>v.<br><br>Kristi Noem, *et al.*,<br><br>        Respondents. | No. CV-26-00010-PHX-JJT (MTM)<br><br>**ORDER** |

In its January 2, 2026 Order to Show Cause the Court directed Respondents to show cause why the Petition should not be granted and Petitioner ordered released from custody on the previously ordered bond of $5,000. (Doc. 5.) The Court also directed Respondents to show cause why the invocation of the automatic stay provision of § 1003.19(i)(2) does not independently violate Petitioner's due process rights as found in *Organista v. Sessions*, Case No. CV-17-04719-PHX-GMS (MHB) (D. Ariz. Dec. 28, 2017). (*Id.*)

In response, Respondents contend *Organista* "appears distinguishable" because the petitioner in that matter "filed an action specifically challenging C.F.R. § 1003.19(i)(2)." (Doc. 7 at 2 n.1.) It is unclear why that perceived distinction would preclude *Organista*'s application in this matter and Respondents do not otherwise argue Petitioner's continued detention is lawful. It is plain to the Court Petitioner was ordered released on bond, Respondents invoked the automatic stay provision, which, according to *Organista*, prevents Petitioner's release from being decided upon by a neutral decisionmaker in

violation of his due process rights.  The Court will order Petitioner to be released pursuant to the previously ordered bond.

**IT IS ORDERED:**

1. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted**.
2. Respondents must release Petitioner in compliance with the Immigration Judge's $5,000 bond determination.
3. Respondents must provide a notice of compliance within **three days** of releasing Petitioners or providing them bond hearings.
4. All remaining motions are denied as moot.
5. The Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 14th day of January, 2026.

Honorable John J. Tuchi
United States District Judge