# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Guney Zeriner,<br><br>    Petitioner,<br><br>v.<br><br>Kristi Noem, *et al.*,<br><br>    Respondents. | No. CV-26-00010-PHX-JJT (MTM)<br><br>**ORDER** |

The Court has reviewed Petitioner's Motion to Enforce Judgment (Doc. 14). Respondents will be required to respond to the motion on an emergency basis.

**IT IS THEREFORE ORDERED** Respondents must respond to Petitioner's Motion to Enforce Judgment (Doc. 14) no later than 4:00 p.m. on Friday, February 13, 2026. Petitioner may file a reply no later than 12:00 p.m. on Tuesday, February 17, 2026.

Dated this 12th day of February, 2026.

Honorable John J. Tuchi
United States District Judge